MANUFACTURERS AND TRADERS TRUST COMPANY, Appellant, *v.* ELLIOTT V. BELL, as Superintendent of Banks of the State of New York, Respondent.

Argued January 6, 1947; decided February 20, 1947.

*George A. Newbury* for appellant.

*Nathaniel L. Goldstein, Attorney-General (John C. Crary, Jr.,* and *Wendell P. Brown* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

WILLIAM MURRAIN, as Administrator of the Estate of MARTHA MURRAIN, Deceased, et al., Appellants, *v.* WILSON LINE, INC., et al., Respondents.

Argued January 6, 1947; decided February 20, 1947.